# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THOMAS BRANDENBURG,

                Plaintiff,     :     Case No. 3:16-cv-516

                                        District Judge Walter Herbert Rice
  -  vs  -                          Magistrate Judge Michael R. Merz

COUSIN VINNY'S PIZZA, LLC,
 et al.,

                Defendant.     :

## RECUSAL ORDER

This case was randomly assigned to the undersigned upon filing and then referred to the undersigned for pretrial management on April 6, 2017 (Preliminary Pretrial Conference Order, ECF No. 16, PageID 335). The PPTO contemplates that most scheduling in the case will not be done until a conference call on February 5, 2018. Since the case will require management well beyond expiration of the undersigned's term of office on March 1, 2018, the undersigned RECUSES himself from further participation in this case and directs the Clerk to randomly reassign the case to one of the other Magistrate Judges resident at Dayton.

April 10, 2017.

                                                            s/ *Michael R. Merz*
                                                       United States Magistrate Judge