IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THOMAS BRANDENBURG,  :
*On behalf of himself and those*
*similarly situated,* :
           Case No. 3:16cv516
     Plaintiff, :
           JUDGE WALTER H. RICE
   vs. :

COUSIN VINNY'S PIZZA, LLC, *et al.,* :

     Defendants. :

---

DECISION AND ENTRY AMENDING DATE FOR FILING OF MOTION FOR CLASS CERTIFICATION AND RESPONSIVE MEMORANDA; HEARING DATE SET

---

Pursuant to a telephone conference call had between Court and counsel on Thursday, March 29, 2018, the following matters were discussed and agreed upon:

1.    The deadline for the filing of the Plaintiff's motion seeking class certification is extended to the close of business on Wednesday, June 20, 2018;

2.    The Defendant's memorandum contra is due not later than the close of business on Friday, July 20, 2018, with any reply memorandum deemed necessary by the Plaintiffs due not later than the close of business on Monday, August 6, 2018; and

3.    An oral and, if desired, evidentiary hearing will be held before this Court, beginning at 9:30 a.m. on Thursday, September 6, 2018.

April 4, 2018                              WALTER H. RICE
                                                  UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record