UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

THOMAS BRANDENBURG,

    Plaintiff,

vs.

COUSIN VINNY'S PIZZA, LLC, *et al*.,

    Defendants.

Case No. 3:16-cv-516

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

# ORDER
---

In light of this case having been settled, administratively processed, and now pending before Judge Rice for resolution of an unopposed motion to approve the parties' settlement, the undersigned concludes that the reference to this judicial officer has expired. Therefore, the Clerk is directed to note that (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter referred to the undersigned in this case remains pending.

    **IT IS SO ORDERED.**

Date: September 23, 2019

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge