**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **THOMAS BRANDENBURG, et al.** | : | Case No: 3:16-cv-516 |
| Plaintiffs, | : | (Judge Walter H. Rice) |
| v. | : | |
| **COUSIN VINNY'S PIZZA, LLC, et al.** | : | |
| Defendants. | : | |

**ORDER TO DISMISS WITH PREJUDICE PURSUANT TO JOINT
NOTICE OF SATISFACTION OF JUDGMENT**

On this 7th day of February 2022, came on for consideration before the undersigned, the Proposed Order to Dismiss with Prejudice Pursuant to Joint Notice of Satisfaction of Judgment. The parties have agreed that the Judgment Entered on November 25, 2019, Document Number 189, has been satisfied.

The Court, having reviewed the Parties' Notice, and for good cause shown, pursuant to page seventeen, paragraph six of Document #189, hereby DISMISSES this matter WITH PREJUDICE and dismisses all RELEASED CLAIMS against each and all RELEASED PERSONS without costs.

DATED this 8th day of February 2022.

_____
United States District Judge Walter H. Rice

217313 / 887456